DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LESTER SPENCER AND CHRISTINE SPENCER,

Appellants,

v.

FOREST RIVER, INC.,

Appellee.

No. 2D23-850

_____

December 15, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Hillsborough County; Michael J. Hooi, Judge.

Patrick J. Cremeens and Jeanne M. Cremeens of Cremeens Law Group, PLLC, Tampa, for Appellants.

John J. Glenn and Amanda N. Rumker of AndersonGlenn, LLP, Boca Raton, for Appellee.


PER CURIAM.

Affirmed.


LaROSE, KHOUZAM, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.